**Donatus I. AMARAM, Ph.D., Plaintiff–Appellant,**

v.

**VIRGINIA STATE UNIVERSITY; W. Eric Thomas, Ph.D., In his Official Capacity as Provost, Defendants–Appellees.**

No. 07–1278.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 14, 2007.

Decided Jan. 7, 2008.

Wayne Marcus Scriven, Scriven Law Offices, Arlington, Virginia, for Appellant. Robert F. McDonnell, Attorney General of Virginia, William Cleveland Mims, Chief Deputy Attorney General, Maureen Riley Matsen, Deputy Attorney General, Sydney E. Rab, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donatus I. Amaram appeals the district court's orders dismissing his claims of discrimination, retaliation, violation of due process, and breach of contract against his employer Virginia State University and its Provost. We have reviewed the briefs and the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Amaram v. Virginia State University,* No. 3:06–cv–00444–JRS (E.D. Va. Sept. 14, 2006) and 476 F.Supp.2d 535 (E.D.Va.2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*